In the Matter of the Application of the City of New York Relative to Acquiring Title to Crescent Street from Hunter Avenue to Winthrop Avenue, in the First Ward, Borough of Queens, City of New York.— Motion denied, without costs. Present — Jenks, P. J., Burr, Carr, Woodward and Rich, JJ.

In the Matter of the Application of Nicholas W. Hacker for Admission to the Bar.— Motion granted and order signed.  Present — Jenks, P. J., Burr, Carr, Woodward and Rich, JJ.

In the Matter of the Application of John D. Lyttle for Payment of Award in re Blackwell's Island Bridge.— Motion granted, and order directing payment signed.  Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

In the Matter of the Application of A. George Maul for Admission to the Bar. — Application granted.  Present — Jenks, P. J., Burr, Carr, Woodward and Rich, JJ.

Kaskell, Respondent, v. Theodore E. Tack and Russell Sage Raphael, Appellants.— Motion for stay pending appeal denied.  Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Pearl Lipschitz, as Administratrix, etc., of Morris Lipschitz, Deceased, Respondent, v. John Koeppel and Another, Appellants.— Motion granted, on condition that the appellants pay ten dollars costs, and that the case be set down for March seventh for argument.  Present — Jenks, P. J., Hirschberg, Burr, Carr and Woodward, JJ.

Metta F. Merchant, as Administratrix, etc., Plaintiff, v. George M. Ryall and Others, Defendants.— Motion for stay denied, with costs, and temporary stay vacated.  Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Earl B. Proctor, Respondent, v. Rockville Centre Milling and Construction Company, Appellant.— Motion for leave to appeal to the Court of Appeals granted.  Present — Jenks, P. J., Hirschberg, Burr, Carr and Woodward, JJ.

Ignatz Reder and Others, Respondents, v. John T. Byrne, Appellant.— Motion denied, on condition that the appellant pay the ten dollars due the plaintiffs, perfect his appeal, place the cause upon the next calendar of this court, and be ready for argument when reached; otherwise motion granted, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Frank G. Swartwout, Appellant, v. William McGowan and United States Title Guaranty and Indemnity Company, Respondents.— Motion denied, with costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Isaac Arker, Respondent, v. Louis S. Cohen, Defendant, and Maurice B. Rich, Appellant.— Judgment of the Municipal Court affirmed, with costs.  No opinion.  Jenks, P. J., Hirschberg, Thomas, Woodward and Rich, JJ., concurred.

Herman H. Baker, Appellant, v. Eugene J. Donnelly, as Executor, etc., Respondent.— The records from the office of the clerk of the county of Kings, and the oral testimony of the witnesses Roy and Sparks fully established the relation of attorney and client between plaintiff and defendant's testator.  From that relation the law presumes an obligation to pay the reasonable value of the services.  There was evidence as to the value of the greater portion of these.  As none of this evidence was contradicted, the trial judge erred in directing judgment for defendant upon the merits.  The witness Lucia was competent to